UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CROSS KEY CAPITAL LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>STRATEGIC FUNDING SOURCE, INC.; PLATINUM RAPID FUNDING GROUP, LTD.; and VAR GROUP, INC.,<br><br>　　　　　　　　Defendants. | C18-153 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion to dismiss brought by defendants Platinum Rapid Funding Group, Ltd. ("Platinum") and VAR Group, Inc. ("VAR"), docket no. 21, is GRANTED in part and STRICKEN in part as follows.

　　　(a) Because plaintiff, which is a limited liability company ("LLC"), has failed to identify its members and their citizenship in either its complaint or its corporate disclosure statement, plaintiff has failed to adequately plead diversity jurisdiction. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) ("an LLC is a citizen of every state of which its owners/members are citizens"). This case is therefore DISMISSED without prejudice for lack of subject matter jurisdiction.

　　　(b) Platinum's and VAR's motion to dismiss is otherwise STRICKEN as moot.

MINUTE ORDER - 1

(2) Defendant Strategic Funding Source, Inc.'s motions for judicial notice, docket no. 18, and to dismiss, docket no. 19, and Platinum's and VAR's motion for judicial notice, docket no. 22, are also STRICKEN as moot.

(3) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record and to CLOSE this case.

Dated this 25th day of May, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2